111 A.3d 747

COMMONWEALTH of Pennsylvania, Appellee

v.

Louis Alexander JOHNSON a/k/a Lewis Johnson, Appellant.

Supreme Court of Pennsylvania.

March 25, 2015.

## ORDER

PER CURIAM.

AND NOW, this 25th day of March, 2015, the Order of the Commonwealth Court is **AFFIRMED**.

111 A.3d 1140

Paris LESLIE, Appellant

v.

The DEPARTMENT OF CORRECTIONS
FOR PENNSYLVANIA, Appellee.

No. 3 EAP 2014.

Supreme Court of Pennsylvania.

March 12, 2015.

## ORDER

AND NOW, this 12th day of March, 2015, the above captioned appeal is quashed for failure to file a brief.